UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _JSA_ D.C.

05 JUN 22 AM 10:16

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER L. FRANKS,

Criminal No.: 05-20223 MI An

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

David C. Henry applies to the Court for a Writ to have **CHRISTOPHER L. FRANKS, DOB 06/10/72, Booking # 05114506** now being detained in the Shelby County Jail, appear before the Honorable S. Thomas Anderson, on **Thursday, June 30, 2005 at 2:00 p.m.**, FOR INITIAL APPEARANCE, and for such other appearances as this Court may direct.

Respectfully submitted this _22nd_ day of June, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

DAVID C. HENRY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#012986 Tennessee)

************************************************************************

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
MARK LUTTRELL, SHERIFF/WARDEN, SHELBY COUNTY JAIL

YOU ARE HEREBY COMMANDED to have **CHRISTOPHER L. FRANKS, DOB 06/10/72, Booking # 05114506** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this _22_ day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-22-05_

HONORABLE TU M. PHAM
United States Magistrate Judge

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20223 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT