**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY _~~~_ D.C.

**05 JUL -6 PM 1: 45**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/O OF TN MEMPHIS

**UNITED STATES OF AMERICA**

-vs-

**Case No. 2:05cr20223-001Ml**

**CHRISTOPHER L. FRANKS**

---

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING[1] PURSUANT TO
### BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for

**WEDNESDAY, JULY 6, 2005** at **2:30 P.M.** before United States Magistrate **Judge S. Thomas**

**Anderson** in **Courtroom M-3, Ninth Floor,** United States Courthouse and Federal Building, 167

North Main, Memphis,  TN.  Pending this hearing, the defendant shall be held in custody by the

United States Marshal and produced for the hearing.

Date:   July 1, 2005

S. Thomas Cinder

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-6-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20223 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT