IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | * | | |
| | * | | |
| Plaintiff, | * | | |
| | * | | |
| v. | * | No. | 05-20223 MI/A |
| | * | | |
| CHRISTOPHER FRANKS, | * | | |
| | * | | |
| Defendant. | * | | |
| | * | | |

### ORDER CONTINUING CHANGE OF PLEA

Upon Motion of the United States and for good cause shown, the change of plea hearing for Christopher Franks is hereby reset until the 16th of December, 2005 at 9:00 a.m.

Ordered this 28 day of November 2005.

HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-29-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:05-CR-20223 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT